IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANIEL IRA NEWMAN,<br>    Plaintiff, | Civil Action No. 7:09-cv-00002 |
| v. | **ORDER** |
| BLUE RIDGE REGIONAL JAIL<br>    AUTHORITY, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's first motion to amend is **GRANTED**; the following people are **ADDED as defendants**: Sgt. Fuche, Cpl. Dungee, Cpl. Chapman, Dr. Ofogh, and Nurse Jones; the amended complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 21st day of May, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge